# AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 14-cv-72-S                                                                 Purchased/Filed: February 5, 2014

STATE OF NEW YORK          UNITED STATES DISTRICT COURT                WESTERN DISTRICT

---

Christina Westermeyer and John Alteri                                              Plaintiff

against

Portfolio Recovery Associates, LLC                                                 Defendant

---

STATE OF NEW YORK  
COUNTY OF ALBANY         SS.:

_____Heather Morigerato_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____February 12, 2014_____, at _11:45 am_, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Complaint and Demand for Jury Trial

on _____Portfolio Recovery Associates, LLC_____, the Defendant in this action, by delivering to and leaving with _____Chad Matice_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section _303 Limited Liability Company Law_.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __28__   Approx. Wt: __200__   Approx. Ht: __6'0"__  
Color of skin: __White__   Hair color: __Brown__   Sex: __Male__   Other: _____

Sworn to before me on this  
20th day of February, 2014

DIANE KOEHLER  
NOTARY PUBLIC, State of New York  
No. 01KO6202736, Albany County  
Commission Expires March 23, 2017

Heather Morigerato  
**Attny's File No.**  
Invoice•Work Order # SP1401674

SERVICO, INC. -- PO BOX 871 -- ALBANY, NEW YORK 12201 -- PH 518-463-4179