UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

CHRISTINA M. WESTERMEYER AND
JOHN ALTERI,

         Plaintiffs,

    v.

Civil Action No. 14-CV-0072

PORTFOLIO RECOVERY ASSOCIATES, LLC

         Defendant.

_____

### NOTICE OF VOLUNTARY DISMISSAL

**PLEASE TAKE NOTICE**, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Christina M. Westermeyer and John Alteri, hereby voluntarily dismisses this action against Defendant Portfolio Recovery Associates, LLC. with prejudice.

DATED:     March 20, 2014

/s/ Seth J. Andrews, Esq._____
Seth J. Andrews, Esq.
Law Offices of Kenneth Hiller
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Phone:  (716) 564-3288
Facsimile:  (716) 332-1884